E-Filed 11/18/15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY ANN SCHMIDT,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br><br>    Defendant. | Case No. 15-cv-04855-HRL<br><br>**ORDER REQUIRING STATEMENT OF THE ADMINISTRATIVE RECORD**<br><br>Re: Dkt. No. 6 |

The Clerk of Court issued a procedural order on November 17, 2015. Dkt. No. 6. The court now modifies the procedural requirements in this case.

### Joint Statement of the Administrative Record

The parties, within 21 days of service of Defendant's answer, shall meet and confer to determine whether the parties are able to file a joint statement of the administrative record. If the parties are able to file a joint statement, it shall be due by the same deadline as Plaintiff's motion for summary judgment or for remand. The joint statement must list all facts relevant to the parties' arguments, including medical evidence and testimony, in separately numbered paragraphs. Each fact must be supported by at least one citation to the administrative record.

### Separate Statements of the Administrative Record

The parties shall file separate statements of the administrative record if they are unable to file a joint statement.

#### Plaintiff's Statement

Plaintiff's separate statement would be due by the same deadline as Plaintiff's motion for summary judgment or remand, and the statement would be filed separately from Plaintiff's motion and memorandum of law. The statement would contain all the facts relevant to Plaintiff's motion in separately numbered paragraphs, and each fact must be supported by at least one citation to the

administrative record.

## Defendant's Statement

Defendant's separate statement would be due by the same deadline as Defendant's cross-motion for summary judgment or remand, and the statement would be filed separately from Defendant's cross-motion and memorandum of law. Defendant's statement would include: (a) for each paragraph of Plaintiff's statement, a correspondingly numbered paragraph that states whether Defendant disputes Plaintiff's factual characterizations, and with at least one citation to the administrative record to support any factual dispute; (b) if necessary, separately numbered paragraphs that state any additional facts relevant to Defendant's cross-motion, and with at least one citation to the administrative record to support each additional fact.

## Plaintiff's Reply Statement

If Defendant states any additional facts to support the cross-motion, Plaintiff shall file a reply statement that contains, for each paragraph of additional facts in Defendant's statement, a correspondingly numbered paragraph that states whether Plaintiff disputes Defendant's factual characterizations. Each factual dispute shall be supported by at least one citation to the administrative record. This reply statement shall be filed separately from Plaintiff's opposition brief and by the same deadline as the opposition brief.

**IT IS SO ORDERED.**

Dated: 11/18/15

HOWARD R. LLOYD
United States Magistrate Judge